IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:05-cr-00187-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| RALPH PEREZ GARZA, | |
| Defendant. | |

The above named defendant has been accepted to the Salvation Army's Adult Rehabilitation drug treatment program located in Fresno, California for a period of up to 6 months.

IT IS HEREBY ORDERED that the defendant shall be released to Kevin Mitchel of the Federal Defender Office, on Wednesday, November 8, 2017, at 7:00am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: __November 6, 2017__   _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE