| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA BAR #122664<br>Federal Defender |
| 2 | PEGGY SASSO, CA BAR #228906<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA  93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorneys for Defendant<br>RALPH PEREZ GARZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:05-cr-0187 LJO |
| *Plaintiff,* | ) ) | |
| vs. | ) ) | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| RALPH PEREZ GARZA, | ) ) | |
| *Defendant.* | ) ) ) ) | DATE: February 5, 2018<br>TIME:   8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Dawrence Rice, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Ralph Perez Garza, that the status conference currently scheduled for December 4, 2017at 8:30 a.m. be continued to Monday, February 5, 2018 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

Mr. Garza is enrolled in the Salvation Army ARC Program and is currently on track to graduate on May 9, 2018. *See* Exhibit A (Letter from Lieutenant Jennifer Butler, Administrator of Program at the Salvation Army).

///

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: November 28, 2017     By:    */s/ Dawrence Rice*
                                    DAWRENCE RICE
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 28, 2017     By:    */s/ Peggy Sasso*
                                    PEGGY SASSO
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RALPH PEREZ GARZA

**O R D E R**

IT IS SO ORDERED.

   Dated:   **November 28, 2017**           **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES CHIEF DISTRICT JUDGE