HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
RALPH PEREZ GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:05-cr-0187 LJO |
| *Plaintiff,* | |
| vs. | STIPULATION CONTINUING STATUS CONFERENCE;  ORDER |
| RALPH PEREZ GARZA, | |
| *Defendant.* | DATE: September  24, 2018<br>TIME:  8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Dawrence Rice, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Ralph Perez Garza, that the status conference currently scheduled for June 18, 2018 at 8:30 a.m. be continued to Monday, September 24, 2018 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

On May 30, 2018, Ralph Garza graduated from the Salvation Army in-patient treatment program. *See* Exhibit A. Defense counsel represents that Mr. Garza has elected to remain at the Salvation Army and enroll in their after-treatment transitional programing where he will reside in their sober living home.  It is defense counsel's understanding that Mr. Garza will be able to remain in the Salvation Army's sober living home for up to six months. Mr. Garza's Probation Officer, John Green, reports that he has been in contact with Mr. Garza following his graduation

and confirms that Mr. Garza is doing well and is in compliance.

The reason for the continuance is that the state case on which the alleged new law violation is based is continuing to be litigated in state court and resolution of the matter appears to be at least several months out. Because Mr. Garza is doing well, continues to reside at the Salvation Army on his own initiative, and is in regular communication with his Probation Officer, the parties agree that in the interests of judicial efficiency the resolution of the pending petition should be continued to permit resolution of his pending case in state court.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: June 8, 2018 By: */s/ Dawrence Rice*
DAWRENCE RICE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 8, 2018 By: */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
RALPH PEREZ GARZA

**O R D E R**

IT IS SO ORDERED.

Dated: **June 11, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Garza: Stipulation and [Proposed] Order

2